

NUMBER 13-16-00656-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOSEPH L. FARAH III,**                                                    **Appellant,**

**v.**

**FAT CAT BOATWORKS, L.L.C.,**                                          **Appellee.**

---

**On appeal from the County Court at Law No. 3
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras[1], and Longoria
### Memorandum Opinion Per Curiam

Appellant, Joseph L. Farah III, filed an appeal from a judgment entered by the

County Court at Law No. 3 of Nueces County, Texas, in cause number 2015-CCV-61603-

3.   Appellant has filed a motion to dismiss the appeal and requests that this Court

---

[1] Justice Dori Contreras, formerly Dori Contreras Garza.   *See* TEX. FAM. CODE ANN. § 45.101 *et seq.* (West, Westlaw through 2015 R.S.).

withdraw appellant's notice of appeal and dismiss the appeal. More than ten days has passed since the filing of the motion and no response has been filed by appellee.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of January, 2017.